United States District Court
Southern District of Texas
**ENTERED**
January 17, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | | |
|---|---|---|
| DURPHY TAYLOR, *et al.*, | § § § | |
| Plaintiffs. | § § | |
| V. | § § | CIVIL ACTION NO. 3:22-cv-00312 |
| TRANQUILITY GARDENS, INC., *et al.*, | § § § § | |
| Defendants. | § § | |

## CONDITIONAL DISMISSAL ORDER

The parties have informed me that they have resolved their dispute. Accordingly, this case is conditionally dismissed unless either party represents in writing before March 17, 2025, that the agreement could not be finalized. The docket call scheduled for January 21, 2025 is cancelled. This case is closed.

The bench trial scheduled for February 3, 2025 is cancelled.

SIGNED this 17th day of January 2025.

_____
ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE